IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–03327–WJM–KMT

MATTHEW BUNTING,

    Plaintiff,

v.

PREFERRED HOMECARE,

    Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendant's Motion to Reconsider Magistrate Order on Non-Party Designations" (Doc. No. 22, filed March 22, 2013) is **DENIED**. However, Defendant is granted an extension of time to and including **May 21, 2013**, for the sole purposes of (1) conducting discovery pursuant to Fed. R. Civ. P. 45 to determine the identity of the liquid oxygen repair facility and (2) filing a nonparty designation that complies with Colo. Rev. Stat. § 13-21-111.5(3)(b).

Dated: March 26, 2013