**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

Civil Action No:      12-cv-03327-RM-KMT          Date:   January 27, 2014
Courtroom Deputy:  Sabrina Grimm                   FTR:    Courtroom C-201

*Parties:*                                                                          *Counsel:*

MATTHEW BUNTING,                                              Jason Jordan

   Plaintiff,

v.

PREFERRED HOMECARE,                                         Cash Parker
                                                                                   Lance Eberhart
                                                                                   Robert McCormick

   Defendant.

**COURTROOM MINUTES**

**MOTION HEARING**

**1:28 p.m.       Court in session.**

Court calls case.  Appearances of counsel.

Discussion and argument regarding truck-mounted vessel (TMV), late disclosure of the incident report, alleged destruction of evidence, potential prejudice, remedy, liability issues, and role of pressure building valve.

**ORDERED:   Plaintiff's Motion for Sanctions Pursuant to Fed. R. Civ. P. 37 [56] is GRANTED.  Plaintiff is awarded its reasonable costs incurred in making the motion, including attorney's fees. Also awarded are the fees and extra expenses incurred, if any, to bring the matter to Plaintiff's expert's attention, as stated on record.  Plaintiff is directed to file an itemization of costs associated with the preparation and presentation of the motion, including the reply to the motion and the preparation of the itemization of costs, with the Court on or before February 3, 2014.  Any objections to the reasonableness of the amounts claimed shall be filed on or before February 10, 2014.**

Discussion and argument regarding maintenance of vessel and alleged misrepresentations by Defendant.

**ORDERED:   Plaintiff's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 [62] is DENIED, for reasons stated on record.**

**3:10 p.m.      Court in recess.**

Hearing concluded.
Total in-court time    01:42

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.