IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 12-cv-3327-RM-KMT

MATTHEW BUNTING,

    Plaintiff,

v.

PREFERRED HOMECARE,

    Defendant.

_____

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT (ECF NO. 25)**
_____

THIS MATTER is before the Court *sua sponte*. Upon consideration of the Plaintiff's Amended Civil Complaint (ECF No. 43) and Defendant's corresponding Answer (ECF No. 44), the Court finds Defendant's Motion to Dismiss (ECF No. 25) directed to Plaintiff's original Complaint (ECF No. 3) is moot. It is therefore

ORDERED that Defendant's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) (ECF No. 25) is hereby DENIED as moot.

DATED this 15th day of April, 2014.

                                                BY THE COURT:

                                                _____
                                                RAYMOND P. MOORE
                                                United States District Judge