# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 12-cv-03327- RM-KMT

MATTHEW BUNTING,

    Plaintiff,

v.

PREFERRED HOMECARE,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice (ECF No. 85). The Court, having reviewed the same and being fully advised in the premises, hereby ORDERS as follows:

Plaintiff's claims brought against Preferred Homecare are dismissed with prejudice, and each party is to bear their own costs, expenses, and attorneys' fees.

Dated this 15th day of May, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge